IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SAMMY LYNN DENTON
ALSO KNOWN AS "BO" DENTON                                              PLAINTIFF

VS.                          CASE NO. 4:08CV00442 JMM

HARTFORD LIFE & ACCIDENT INSURANCE
COMPANY                                                                DEFENDANT

## ORDER

Because the parties have been unable to resolve their differences concerning discovery, plaintiff is directed to respond to the pending Motion to Compel on, or before, February 23, 2009.

IT IS SO ORDERED THIS  17  day of  February , 2009.

_____
James M. Moody
United States District Judge