IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SAMMY LYNN "BO" DENTON**                                                          **PLAINTIFF**

vs.                              **CASE NO. 4:08CV000442 JMM**

**HARTFORD LIFE AND ACCIDENT INS.
CO., ET AL.**                                                                       **DEFENDANTS**

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

The complaint and all claims in this action are hereby dismissed with prejudice. All pending motions are dismissed as moot and the trial scheduled for the week of April 27, 2009 is removed from the Court's calendar.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this    2    day of   March  , 2009.

_____
James M. Moody
United States District Judge